MINNIE TRAIKOS, Appellant, v. JAMES A. TRAIKOS, Respondent.— Appeal dismissed unless appellant shall be ready for argument on May eighteenth. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

KATHLEEN DEVINE, an Infant, etc., Respondent, v. JAMES FOLEY and Others,, Appellants.— Appeal dismissed unless appellants shall file and serve the printed papers by May fifteenth and shall be ready for argument on any later date. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

In the Matter of GEORGE W. SCOTT, an Attorney and Counselor at Law.— Order entered disbarring said George W. Scott from practice as an attorney and counselor at law. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

GEORGE McNICKLE, Respondent, v. THERESA BENDWILL, Appellant.— Appeal dismissed unless appellant shall be ready for argument on May 19, 1925. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

ANNA SNOW, Respondent, v. C. L. AMOS COAL COMPANY and Others, Appellants.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Clark, Davis,, Sears and Crouch, JJ.

NATALE FINNOCHIARO, Appellant, v. MICHAEL KIPFERL and Another, Respondents.— Appeal dismissed unless appellant shall file and serve printed papers by August first, printed briefs by August fifteenth, and shall pay to respondents' attorney ten dollars. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

In the Matter of Application of ARTHUR DALE for an Order Requiring WILLIAM T. PLUMB and Another to Attend and Be Examined in Relation to and to Require the Production of the Alleged Last Will and Testament of LOVE FIDELE SEYMOUR, Deceased. In the Matter of the Probate of the Alleged Last Will and Testament, Supposed to Have Been Executed in 1916 by LOVE FIDELE SEYMOUR, Deceased.— Appeal dismissed unless appellant shall be ready for argument on May twentieth. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ. [See *post*, p. 763.]

EDWARD KUMMER, Appellant, v. ELMER E. ERB and Others, Respondents. EDWARD KUMMER, as Administrator, etc., Appellant, v. ELMER E. ERB and Others, Respondents. CELIA KUMMER TIEDT, an Infant, etc., Appellant, v. ELMER E. ERB and Others, Respondents.— Appeals dismissed, unless appellants shall file and serve printed papers by August 1, 1925, printed briefs by August 15, 1925, and shall be ready to argue the appeals at the opening of the September term. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

MEARL A. FAGAN, as Administrator, etc., of XEN FAGAN. Deceased, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY and Another, Defendants, Impleaded with ERIE RAILROAD COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

SUSIE J. ALLENDORF, Respondent, v. THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

WILMOT T. HALL, Respondent, v. RICHARD T. EVANS, Appellant, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.